■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS RYER, Appellant.—Appeal from a judgment of the Supreme Court, New York County (Robert Haft, J.), rendered on or about October 14, 1987, held in abeyance and, on consent, the matter remanded to the trial court for a hearing on defendant's motion to suppress. No opinion. Concur—Kupferman, J. P., Milonas, Wallach and Smith, JJ.

■ ROSELYN WEPRIN, Appellant-Respondent, v DAVID WEPRIN, Respondent-Appellant. THE STATE OF NEW YORK ex rel. DAVID WEPRIN, on Behalf of STEVEN A. WEPRIN, Respondent-Appellant, v ROSELYN WEPRIN, Appellant-Respondent.—Order and judgment (one paper) of the Supreme Court, New York County (Burton Sherman, J.), entered on or about February 23, 1989, unanimously affirmed for the reasons stated by Burton Sherman, J., without costs and without disbursements. Concur—Sullivan, J. P., Rosenberger, Asch and Rubin, JJ.